

NOV 13 2001

JUDGE WILLIAM M. NICKERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 13 P 3: 59

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| ePlus Technology, inc.<br>400 Herndon Parkway<br>Herndon, VA 20170 | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>WMN 01 CV 2315 |
| Mentor Technologies Group, Inc.<br>201 Defense Highway<br>Annapolis, MD 21401 | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

LINE

Dear Clerk:

The above-captioned Defendant has filed for protection under the United States Bankruptcy Code. Please stay any further proceedings.

Thank you for your assistance.

_____
Michael E. Geltner, Esq.
Geltner & Associates, P.C.
10 E Street, S.E.
Washington, D.C. 20003
202-547-1136
Attorney for Plaintiff

Of Counsel:

_____
Erica S. Stoecker, Esq.
400 Herndon Parkway
Herndon, VA 20170
703-390-4880

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November 2001, I mailed, first class, postage prepaid, a copy of the aforegoing Line to Alan Bernstein, 900 Bestgate Road, Annapolis, MD 21401, Resident Agent for Mentor Technologies Group, Inc.

_____
Michael E. Geltner

" APPROVED " THIS 13th DAY
OF November, 20 01
_____
UNITED STATES DISTRICT JUDGE