IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EPLUS TECHNOLOGY, INC. | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: WMN-01-2315 |
| MENTOR TECHNOLOGIES GROUP, INC. | * | |
| Defendant | * | |

****** 

## ORDER

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this **14th** day of **November** 2001,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff(s) to move to reopen this action for good cause shown.



WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 12/1999)